```
Priority   ___
Send       ___
Enter      ___
Closed     ___
JS-5/JS-6   ✓
JS-2/JS-3  ___
Scan Only  ___
```

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> GMA ACCESSORIES, INC., a New York Corporation, <br><br> Defendants. | Case No. CV08-02970 ABC (MANx) <br><br> [~~PROPOSED~~] **JUDGMENT PURSUANT TO *FRCP* 68 OFFER FOR JUDGMENT** <br><br><br> Complaint Filed: May 6, 2008 |

PLEASE TAKE NOTICE that on May 19, 2008, Defendant GMA Accessories, Inc. filed with this Court its Rule 68 Offer for Judgment. On May 29, Plaintiff Guru Denim, Inc. timely accepted unconditionally, and in its entirety, the Rule 68 Offer of Judgment made by Defendant.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREE that:

Judgment is hereby entered as follows:

(1)     Plaintiff Guru Denim, Inc. shall pay no damages for the past

use of the CHARLOTTE mark;

(2) Plaintiff Guru Denim, Inc., its owners, agents, employees and all those acting in concert or active participation with them shall be permanently enjoined from the use of the work mark CHARLOTTE or any marks similar thereto or substantially indistinguishable therefrom, in connection with the sale, purchase, transfer, marketing, advertising or distribution of any unauthorized goods;

(3) The Complaint is hereby dismissed in its entirety, and with prejudice, with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __6/o__, 2008    By: _____
The Honorable Audrey B. Collins,
Judge of the United States District
Court For The Central District Of
California